IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 16 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v | § § | CRIMINAL NO:<br>SA-04-CR-226(04)-FB |
| RALPH EUGENE TORRES, JR. | § § | |

### ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 11th day of March 2011 came on to be considered the government's motion to revoke the Defendant's supervised release. After due consideration, including consideration of all statutorily-required factors and the revocation policy statements, the Court finds that the Defendant has violated the conditions of supervised release as alleged by the government, and that the ends of justice and the best interests of the public will not be served by continuing the Defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

IT IS ORDERED that:

The government's motion to revoke supervised release is GRANTED, and the Defendant's supervised release is REVOKED under 18 U.S.C. §3583(e)(3) and (g)(1).

The Defendant is remanded to the custody of the United States Bureau of Prisons for a period of twenty-four (24) months imprisonment to run concurrently with the sentence in SA-04-CR-98(3) FB. It is the Court's intention that the defendant serve his sentence in a jail-type facility and not a halfway house or like facility; without credit for time spent on post-release; however, the defendant shall receive credit for the time he has been in custody on this motion to revoke and therefore, the defendant has TIME SERVED.

Any monetary sanctions imposed in this case that remain unpaid are reimposed, and such sanctions are due and payable immediately.

Signed this _16_ day of March 2011.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT COURT